IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATANYA MARTIN, for Michael Wright, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:05-cv-69-WBH |
| JOANNE BARNHART, Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

Before the Court is Plaintiff's motion to dismiss this action without prejudice [10]. Counsel for defendant has agreed to the dismissal without prejudice. Pursuant to Local Rule 7.1B, the motion is GRANTED as unopposed. The Clerk is DIRECTED to close this case and terminate any pending submissions.

It is so ORDERED, this 28 day of December, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court